IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:25-CT-3325-M-RJ

| | | |
|---|---|---|
| TERRY I. BROWN, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LAURA M. OSBORNE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On December 18, 2025, Terry I. Brown, Jr. ("plaintiff"), a state inmate proceeding *pro se* and without prepayment of fees, filed a complaint under 42 U.S.C. § 1983. See [D.E. 1, 5, 6, 10].

Plaintiff moves to voluntarily dismiss the action and for return of his filing fee. See Mot. [D.E. 17]; Mot. [D.E. 18], Mot. [D.E. 19]; see also United States v. Winestock, 340 F.3d 200, 203 (4th Cir. 2003) (noting courts "classify *pro se* pleadings from prisoners according to their contents, without regard to their captions").

A party may dismiss an action voluntarily, without a court order, by filing a notice of dismissal any time before the adverse party serves an answer or a motion for summary judgment. See Fed. R. Civ. P. 41(a)(1)(A)(i). "A voluntary dismissal under [Fed. R. Civ. P. 41(a)(1)(A)(i)] is available as a matter of unconditional right and is self-executing, i.e., it is effective at the moment the notice is filed with the clerk and no judicial approval is required." In re Matthews, 395 F.3d 477, 480 (4th Cir. 2005) (quotation omitted). Unless otherwise stated, the dismissal is without prejudice. See id.; Fed. R. Civ. P. 41(a)(1)(B).

Because no defendant has filed an answer or a motion for summary judgment, plaintiff's instant notices of voluntary dismissal dismissed this action.

Accordingly, the court: GRANTS IN PART the instant motions to the extent plaintiff seeks voluntary dismissal and refund of his filing fees [D.E. 17, 18, 19]; DIRECTS the clerk to refund filing fees already paid in this action and to not collect any further fees; DENIES AS MOOT plaintiff's motion to appoint counsel [D.E. 13]; DISMISSES WITHOUT PREJUDICE the action; and DIRECTS the clerk to close the case.

SO ORDERED this 1st day of May, 2026.

RICHARD E. MYERS II
Chief United States District Judge

2